| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>July 02, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

YUSUF SIDDIQUE,

    Defendant.

Case No. 2:20-mj-99-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __YUSUF SIDDIQUE__ , Case No. __2:20-mj-99-CKD__ Charge __18 USC § 1349__, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ __25,000, co-signed by Vasiya & Mohamed Siddique.__

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): __PTS supervision, under the terms and conditions stated on the record.__

Issued at Sacramento, California on July 02, 2020 at __2:30 pm__.

                          By:  /s/ Carolyn K. Delaney

                                  Magistrate Judge Carolyn K. Delaney